UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KARINA KNOX, | ) | Case No. 06CV1351 J (WMc) |
| | ) | |
| Plaintiff, | ) | **ORDER RE: JOINT MOTION FOR DISMISSAL** |
| v. | ) | |
| ALTERNATIVE RECOVERY MANAGEMENT AND ED BELL, | ) | |
| Defendants. | ) | |
| _____ | ) | |

    Before the Court is a Joint Motion to Dismiss the present case in its entirety. [Doc. No. 20.] This Court, having reviewed the matter as stated above and finding good cause therefor, **ORDERS** this matter **dismissed in its entirety with prejudice**, in accordance with the terms set forth.

DATED: May 1, 2007

_____
HON. NAPOLEON A. JONES, JR.
United States District Judge

cc: All Parties